658 A.2d 298

JOHN DOE (A FICTITIOUS NAME), INDIVIDUALLY AND ON BE-
HALF OF ALL OTHERS SIMILARLY SITUATED v. DEBORAH
PORITZ, ATTORNEY GENERAL OF THE STATE OF NEW
JERSEY.

March 14, 1995.

ORDER

Certification to the Superior Court, Law Division, Burlington
County, is granted.

658 A.2d 298

RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY
v. LIBERTY MUTUAL INSURANCE CO., ET AL.

March 22, 1995.

ORDER

Leave to appeal is granted.